ceeding by the People of the State of New York against Abraham Borsuch. I. S. Dorf, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DALE, Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Proceeding by the People of the State of New York against Mary Dale. R. J. Haire, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. DUNN. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against John Dunn. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 120 N. Y. Supp. 1140.

PEOPLE v. GANGI. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Proceeding by the People of the State of New York against Giovanni Gangi. C. E. Le Barbier, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed. See, also, 118 N. Y. Supp. 1132.

PEOPLE v. GREENBAUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against William Greenbaum. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. LEAMAN. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against Agnes Leaman. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. MACHIENSKI, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York against Thomas Machienski. L. B. Cohen, for appellant. W. J. Millard, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against Richard Moore. No opinion. Motion granted, as stated in order. Order filed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1143; 118 N. Y. Supp. 1131; 120 N. Y. Supp. 1140.

PEOPLE, Respondent, v. NECERA, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Proceeding by the People of the State of New York against Gerardo Necera.

PER CURIAM. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, on the ground that we deem the evidence of corroboration insufficient.

RICH, J., dissents.

PEOPLE v. ONG SING et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Proceeding by the People of the State of New York against Ong Sing and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. PARNAGEON et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York against Rene Parnageon and Emil Bartolicius. A. Knox, for appellant. R. C. Taylor, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE v. REISS. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York against Emil Reiss. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE v. SOKOLOWSKI. (Supreme Court, Appellate Division, First Department. February 25, 1910.) Proceeding by the People of the State of New York against Anton Sokolowski. No opinion. Motion granted, unless appellant procure the record on appeal and appellant's points to be filed, so that the appeal can be argued on or before the 12th day of April, 1910. Order filed.

PEOPLE, Respondent, v. WADE, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Proceeding by the People of the State of New York against George W. Wade. L. D. Gibbs, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE ex rel. ASTORIA LIGHT, HEAT & POWER CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Astoria Light, Heat & Power Company, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with disbursements.

PEOPLE ex rel. BLOOD, Appellant, v. HAFFA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of Frank

Blood, against J. George Haffa, as Keeper of Erie County Penitentiary. No opinion. Order affirmed.

PEOPLE ex rel. CONSOLIDATED GAS CO. OF NEW YORK v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Consolidated Gas Company of New York, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. DUNPHY et al., Appellants, v. WIGGINS, Town Sup'r, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of John Dunphy and others, against Abram H. Wiggins, as Supervisor of the Town of Canton.

PER CURIAM. Motion denied. See, also, 128 App. Div. 882, 112 N. Y. Supp. 1142.

KELLOGG, J., not voting.

PEOPLE ex rel. HAAG et al., Appellants, v. TOWN OF GATES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Proceeding by the People of the State of New York, on the relation of John Haag and others, against the Town of Gates and another. No opinion. Order affirmed, with costs.

PEOPLE ex rel. LEONARD et al. v. PUBLIC SERVICE COMMISSION, SECOND DIST., et al. (Supreme Court, Appellate Division, Third Department. March 11, 1910.) Proceeding by the People of the State of New York, on the relation of William E. Leonard and others, against the Public Service Commission, Second District, and the Dexter & Northern Railroad. No opinion. Decision reserved until hearing of argument on certiorari.

PEOPLE ex rel. LOUDOUN v. MITCHELL et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Proceeding by the People of the State of New York, on the relation of Wood D. Loudoun, against John P. Mitchell and others, as Commissioners. W. H. Black, for relator. T. Connoly, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Appellant, v. GOURLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against James Gourley, James Monahan, and Maurice Maloney, Assessors of the Village of Haverstraw, Rockland County, N. Y., and Henry F. Dorl, Clerk of said Village. No opinion. Motions denied, without costs. If application is made therefor, leave to appeal to the Court of Appeals will be granted. See, also, 120 N. Y. Supp. 200.

PEOPLE ex rel. STEWART v. HEBBARD. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Proceeding by the People of the State of New York, on the relation of George T. Stewart, against Robert W. Hebbard, as Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. WALSH v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Proceeding by the People of the State of New York, on the relation of Thos. G. Walsh, against Theodore A. Bingham, as Commissioner. E. P. Kilroe, for relator. T. Connoly, for respondent. No opinion. Writ dismissed and proceedings affirmed, with $50 costs and disbursements. Order filed. See, also, 120 N. Y. Supp. 1142.

PEOPLE ex rel. WESTCHESTER LIGHTING CO. v. GAUS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Proceeding by the People of the State of New York, on the relation of the Westchester Lighting Company, against Charles H. Gaus, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with disbursements.

PEOPLE ex rel. WHEELER v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Proceeding by the People of the State of New York on the relation of Everett E. Wheeler, against the City of New York and others.

PER CURIAM. Order affirmed on reargument, without costs, on the opinion of Mr. Justice Blackmar at Special Term. 62 Misc. Rep. 37, 115 N. Y. Supp. 605. See, also, 118 N. Y. Supp. 1135.

WOODWARD, J., dissents.

PEOPLE'S BANK OF NEW YORK, Respondent, v. FULLER'S EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by the People's Bank of New York against Fuller's Express Company. P. E. Jones, for appellant. H. R. Limburg, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PERRY, Appellant, v. ORDWAY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ar-